1

2

3

4

5

6

7

8

9

10

11

12

13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CYNTHIA G. JOHNSTON,

                    Plaintiff,                          CASE NO. C14-1505-RSM

        v.
                                                        ORDER OF REMAND
CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                    Defendant.

14    The Court has reviewed the entire record, including the Administrative Record, the

15    memoranda of the parties, and the Report and Recommendation of United States Magistrate

16    Judge Mary Alice Theiler.  It is therefore ORDERED:

17        (1)    The Court adopts the Report and Recommendation;

18        (2)    The Court REMANDS this matter for further administrative proceedings; and

19        (3)    The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

20        DATED this 6 day of October 2015.

21

22                                                RICARDO S. MARTINEZ
                                                  UNITED STATES DISTRICT JUDGE
23

ORDER OF REMAND
PAGE - 1